WRIGHT, Appellant, v. F. P. LITTLE ELECTRICAL CONSTRUCTION & SUPPLY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by Peter R. Wright against the F. P. Little Electrical Construction & Supply Company. No opinion. Judgment affirmed, with costs.

---

WURSTER v. ARMFIELD. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Frederick W. Wurster and another against Henry W. Armfield.

PER CURIAM. Motion to dismiss appeal from order granted, without costs, unless the appeal from judgment shall be perfected, so that the case on such appeal shall be on the calendar of this court at its next term, in which case the motion to hear the appeal from the order on the hearing of the appeal from the judgment is granted, without costs.

---

WYETH, Appellant, v. HETT et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Nathaniel J. Wyeth against Edward Hett and the American Lithographic Company. No opinion. Application for leave to appeal to the court of appeals denied. See 64 N. Y. Supp. 151.